# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SAMUEL THEODORE ROSS, | : No. 66 MM 2015 |
| Petitioner | : |
| v. | : |
| HONORABLE CAROLYN CARLUCCIO, JUDGE, MONTGOMERY COUNTY, COURT OF COMMON PLEAS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.